UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA MANZANARES,

    Plaintiff,

    v.

COMPASS GROUP USA, INC., et al.,

    Defendants.

_____/

No. C 11-4389 PJH

**ORDER REMANDING CASE**

    Removing defendants having failed to meet their burden of showing that removal was proper and that there exists a basis for this court's subject matter jurisdiction, see Hunter v. Phillip Morris USA, 582 F.3d 1039, 1042-43 (9th Cir. 2009), this case is hereby REMANDED to the Superior Court of California, County of San Francisco.

**IT IS SO ORDERED.**

Dated: December 15, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge